Pro Se 1 (Rev 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
District of Connecticut

Division

| | |
|---|---|
| Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>Robin Wonder -v- Beverly Green<br>Susan Susan Cunningham<br>Robin Wonder Vanessa Durant<br>Robin Wonder vs Department of<br>Robin Wonder children and family | Case No. 3:19cv1483MPS<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes ☒ No |
| Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Beverly Green<br>Susan Cunningham<br>Vanessa Durant c/o DCF |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robin D Wonder |
| Street Address | 76 Berkeley Place |
| City and County | Bpt, Fairfield |
| State and Zip Code | CT 06610 |
| Telephone Number | 475-319-8400 |

| | E-mail Address | |
|---|---|---|

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | | |
|---|---|---|
| | Name | Beverly Green |
| | Job or Title *(if known)* | Supervisor |
| | Street Address | Fairfield Ave |
| | City and County | Bpt, Fairfield |
| | State and Zip Code | CT  06604 |
| | Telephone Number | |
| | E-mail Address *(if known)* | Beverly.Green @ CT.gov |

Defendant No. 2

| | | |
|---|---|---|
| | Name | Susan Cunningham |
| | Job or Title *(if known)* | Director / manager |
| | Street Address | Fairfield Avenue |
| | City and County | Bpt, Fairfield |
| | State and Zip Code | CT  06604 |
| | Telephone Number | |
| | E-mail Address *(if known)* | Susan.cunningham @ CT.gov |

Defendant No. 3

| | | |
|---|---|---|
| | Name | Vanessa Durante |
| | Job or Title *(if known)* | DCF Commissioner |
| | Street Address | |
| | City and County | Hartford, Hartford |
| | State and Zip Code | Hartford |
| | Telephone Number | |
| | E-mail Address *(if known)* | commission.DCF @ CT.gov |

Defendant No. 4

| | | |
|---|---|---|
| | Name | |
| | Job or Title *(if known)* | |
| | Street Address | |
| | City and County | |
| | State and Zip Code | |
| | Telephone Number | |
| | E-mail Address *(if known)* | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| | ✓ | Federal question | | Diversity of citizenship |
|---|---|---|---|---|

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

| |
|---|
| 4th Amendment<br>1st Amendment |

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   | | | |
   |---|---|---|
   | The plaintiff, *(name)* | | , is a citizen of the |
   | State of *(name)* | | . |

   b.   If the plaintiff is a corporation

   | | | |
   |---|---|---|
   | The plaintiff, *(name)* | | , is incorporated |
   | under the laws of the State of *(name)* | | , |
   | and has its principal place of business in the State of *(name)* | | . |

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   | | | |
   |---|---|---|
   | The defendant, *(name)* | | , is a citizen of |
   | the State of *(name)* | | . Or is a citizen of |
   | *(foreign nation)* | | . |

   b.   If the defendant is a corporation

   | | | |
   |---|---|---|
   | The defendant, *(name)* | | , is incorporated under |
   | the laws of the State of *(name)* | | , and has its |
   | principal place of business in the State of *(name)* | | . |
   | Or is incorporated under the laws of *(foreign nation)* | | , |
   | and has its principal place of business in *(name)* | | . |

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

| |
|---|
| |

**III.   Statement of Claim**   violations of my Rights / retaliation

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including

the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive Relief
Monetary Damages for stress and Distress

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | 9/23/19 |
| --- | --- |
| Signature of Plaintiff | [signature] |
| Printed Name of Plaintiff | John D George |

### B. For Attorneys

| Date of signing: | |
| --- | --- |
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

COMPLAINT

1. On or about July 5, 2018 I went to orientation for foster care at 999 Broad Street and met with Deb Kelleher who is a recruiter for the Connecticut State Department of Children and Families foster care and adoption unit.

2. I provided Deb Kelleher with the initial app and advised her that I was previously licensed with Family and Children Agency which is a Therapeutic Agency licensed by the State of Connecticut located in Norwalk CT.

3. I advised Deb Kelleher during the orientation that I had completed the required Tips MAPP training and will provide her with a copy of my certificate.

4. On August 13, 2018 I provided Deb Kelleher a copy of my Tips MAPP certificate by email.

5. On it about August 15, 2018 Deb Kelleher advised me she forwarded my certificate and application to Beverley Green who was now the supervisor over the Bridgeport foster care and adoption unit.

6. A week or so went by and I didn't hear from Beverly Green so I decided to contact her by phone to see what the status was with my license.

7. On 9:6/18, Beverley Green contacted me by email and stated she will not be licensing me because I had issues.

8. Beverley Greedy stayed to me not to bother contacting her supervisor Sudan Cunningham or Manger Ken Cabral because she already had a meeting with them regarding myself

9. I asked Beverley Green if she can give me a valid reason and at that time she couldn't.

10. On or about 9/20/2018 I reached out both to Sudan Cunningham and Ken Cabral regarding the issue I was having with Beverley Green and neither got back to me.

11. Beverley Green is retailing against me by denying me a foster care license because I reported Sheila Bowles and other staff members at Family and Children Agency in Norwalk, CT for placing Therapeutic foster children in over crowded/mixed foster homes with a waiver in place from the Department of Child and Family main office in Hartford.

12. Beverley Green is retaliating against me because I reported Sheila Bowles and other staff at Family and Children Agency for not caring about the foster children well being but only catering about parents whom the had a relationship with getting healthy stipends by giving them 3,4 and even 5 foster kids which was against the Department of Children and Families policy.

13. Beverley Green is retaliating against me for reporting Sheila Bowles and other staff at Family and Children Agency for placing these Therapeutic foster children in license homes to where the patents was abusive verbally and children were harming themselves when they didn't get Ali g with other foster children in the over crowded foster homes.

14. Beverley Green knew what her best friend Sheila Bowles was doing with these children was wrong but instead she wants to wrongfully deny me a license because I chose yo leave Family and Children Agency to be license by an Agency I feel had the best interest of the children.

15. I also contacted Ken Mysogland and the old Commissioner Katz and the new DCF Commissioner Vanessa Dorante along with Governor Malloy and have not heard back from either concerning the matter with Beverley Green.

16. For the last 4 years 9 months I have been a licensed childcare provider with no complaints or allegations of abuse or neglect with the department of public health or the the department of Early Education.

17. On February 2, February 8, 2018 I contacted Vanessa Dorante by email to discuss the matter regarding Beverley Green and still no response.

18. On February 8, 2018 I was contacted by Ken Cabral by email who was apologetic and advised me I should have received a denial letter back in November of 2018.

19. On MRch 25, 2018 Ken Cabral contacted me by and stated he was rescinded the denial and would have Susan Cunningham contact me to set up appointment for a home study.

20. I was contacted by David Grossmsn an employee with the FASU at the Department of Children and Families who set up a home study.

21. On April 8, 2019 David Grossmsn and another employee came to my home to complete the home study.

22. David Grossmsn sent me a letter stating before I can be license I would have to take the Tips MAPP training all over again, which takes 10-12 weeks to complete.

23. On or about August 28, I was contacted by my God son Cashmere H mother Tyquashaya Hairston who was my former foster child that she had just been released from custody and my godson was placed in foster care for the last 27 days due to a fight she had with her mom.

24. I stated to Tyquasha Hairston to co tact the social worker whom she stated was Brian Moore and advise him I wanted my godson Cashmere H and had room for him at my house.

25. Brian Moore the social worker contacted me and took my information to make sure I had nothing stopping me from taking my Godson Cashmere H.

26. A few days later Brian Moore contacted me to advise me Beverley Green said she is not lucenzeing me and I can not take my Godson Cashmere H.

27. I advised and stated to Brian Moore Beverley Green has a personal Vendetta against me for reporting Sheila Bowles who is Beverley GreenBest friend.

28. I stated to Brian Moore Beverley Green had never met me before and beg me to take s kid on my home who wasn't even therapeutic and didn't have a problem with me then.

29. I stated to. Rush Moore Beverley Green was upset with me because I reported Sheila Bowles and other employees for not running the required 2 year background check on licensed families, of making sure the physicals of licensed families was up to dat, the overcrowded therapeutic foster home, and the verbal abuse the foster children had to endure from licensed families at Families and children agency.

30. On September 11, 2019 my godson Cashmere H case was being heard in family court on Housatonic Avenue At that time Brian Moire advised the judge and DCF Attorney General that I had an issue being licensed to take My godson Cashmere H.

31. On September 11, 2019,I reached out again to Ken Mysogland and Vanessa and neither D usual replied.

32. On September 12, 2019 I received an email from Sudan Cunningham stated she was no longer in the FASU and gave me a Natalia L as Beverley Green and stated she forwarded her my concerns.

33. I also sent Governor Ned Lamont a letter voicing my concerns with Beverley Green.

34. I left FCA On good terms and there 2 agencies that requested information about me when I left and no wrong doing was documented to either agency, and prior to me leaving FCA I met with another social worker from another therapeutic agency who stated they were following the stated policy.

35. The other agency stated FCA was more concern with quantity than quality.

Signed *[signature]* Dated 9/16/19

Complaint for Monetary Damages and injunctive Relief and demand for ~~jury trial~~ Magistrate

Robin D Younger

    VS

Beverley Green
Vanessa Durante
Susan Cunningham

Jurisdiction and Venue

1. This action is brought pursuant to Connecticut Deceptive and unfair trade practice act and Connective CUTPA act which was enacted in 1973.
2. The plaintiff Robin Younger resides and works in Bridgeport, CT in Fairfield County.
3. The defendants Beverley Green and Susan Cunningham both work at the Connecticut Department of Children and Family located in Bridgeport, CT Fairfield County.
4. The Defendant Vanessa Durante works as the DCF Commissioner in Hartford, Connecticut in Hartford County.

Prayer for Relief

I RobinYounger respectfully ask the court to issue a permanent injunction requiring the defendants to cease and decease their malicious and deceptive acts of not issuing me a foster cate license.

I Robin Younger respectfully ask the court to award me $5,000 for everyday my Godson Cashmere H remains in foster care due to the defendants malicious acts of not placing him with me.

I Robin Younger also ask the court to award me monetary damages for all the stress and distress I have been suffering for the last year because of the defendant Beverley Green and Susan Cunningham deceitful and malicious in retaliating against me for reporting Sheila Bowles and other staff members st Family and Children Agency.

Signed. *[signature]* Dated 9/15/19